UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Honeywell Savings and Ownership Plan, Honeywell Secured Benefit Plan, Honeywell Retirement Earnings Plan (f/k/a The Signal Companies, Inc. Retirement Plan), and Brian Marcotte, as Plan Administrator of Honeywell Savings and Ownership Plan, Honeywell Secured Benefit Plan, and Honeywell Retirement Earnings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>MARK A. JICHA, individually and as Special Administrator of the Estate of Lynn Schockner, the Guardian of Charles Schockner, and the Conservator of the Estate of Charles Schockner, CHARLES SCHOCKNER, MARC GATTIE, as Trustee of Manfred Schockner's Trust, Manfred Schockner, MANFRED SCHOCKNER, HERBERT SCHOCKNER, individually and as the representative of Manfred Schockner, JON JICHA, CHARLOTTE SCHOCKNER, individually and as the representative of Manfred Schockner, RONALD SCHOCKNER, PAUL SCHOCKNER, EDWARD TYNAN, and NEAL IVAN,<br><br>Defendants. | Civil Action Number:<br><br>08-4265 (DRD/MAS) |

## ORDER GRANTING PLAINTIFFS LEAVE
## TO FILE THEIR FIRST AMENDED INTERPLEADER COMPLAINT

This matter having come before the Court upon motion of Plaintiffs Honeywell Savings and Ownership Plan, Honeywell Secured Benefit Plan, Honeywell Retirement Earnings Plan (f/k/a The Signal Companies, Inc. Retirement Plan), and Brian Marcotte, as Plan Administrator of the Plans ("Plaintiffs") for an order allowing Plaintiffs to file their First Amended Interpleader Complaint;

IT IS on this 30th day of MARCH, 2009,

ORDERED that Plaintiffs are GRANTED leave to file their First Amended Interpleader Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure; and it is further

ORDERED that Plaintiffs shall file their First Amended Interpleader Complaint on or before April 9, 2009.

*Michael A. Shipp*

**Michael A. Shipp**
United States Magistrate Judge

-2-